UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DARIUS BURRIS,

                       Plaintiff,                            **ORDER**

    -against-                                               CV 11-0119 (SJF)(ARL)

NASSAU COUNTY, et al.,

                       Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       The court is in receipt of a letter from the plaintiff, Mr. Burris, concerning his former attorney. It appears from the letter that Mr. Burris may not have received a copy of the court's April 18, 2013 order relieving Bader, Yakaitis & Nonnenmacher, L.L.P. as attorney of record. An additional copy of that order is being provided to Mr. Burris along with this order. Pursuant to the April 18 order, the action was stayed for thirty (30) days to permit Mr. Burris to secure other counsel or to proceed *pro se*.

       By August 16, 2013, Mr. Burris is directed to advise the court, in writing, whether he has retained new counsel or intends to proceed *pro se*. The stay will be extended to that date. Mr. Burris is also directed to update his contact information with the clerk of the court, which he is under a continuing obligation to do.

Dated: Central Islip, New York                    SO ORDERED:
       July 10, 2013

                                                                      _____/s/_____
                                                            ARLENE ROSARIO LINDSAY
                                                            United States Magistrate Judge